**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SAAD JASIM KHALAF AL-JUMAILI, et. al., § § Plaintiffs, § § v. § § ANTONY BLINKEN, Secretary, § U.S. Department of State, § § Defendant. § § | Civil Action No. 4:23-cv-00036 |

## **O R D E R**

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Complaint for a Writ of Mandamus is Moot; it is hereby ORDERED that said Motion is GRANTED.

IT IS ORDERED that the Plaintiffs' complaint is DISMISSED without prejudice.

All costs and fees are to be paid by the parties who incurred them.

SIGNED at Houston, Texas this   March 25  , 2024.

_____
GEORGE C. HANS, JR.
United States District Judge